UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

GARY RENELIQUE

                                                               **Plaintiff,**

    -v.-

                                                          **Civil Action No.**
                                                          9:04-cv-577 (GLS/DRH)

**NYS DOCS; SHERRY LeCLAIR, Inmate
Coordinator for Bare Hill Correctional Facility;
KINGSLY, #205 Nurse at Washington Correctional
Facility; GRIFFITH, Nurse Administrator at Washington
Correctional Facility; C.O. CUSTODIO, Washington
Correctional Facility; ALISHIA HOBEKE, #259 Nurse
at Washington Correctional Facility; DR. STRACHTMAN,
Washington Correctional Facility; C.O. Stark, Washington
Correctional Facility; SERGEANT FLEMING, Washington
Correctional Facility; C.O. J.W. BOLTA, JR., Washington
Correctional Faciltiy; I. RIVERA, Superintendent at
Washington Correctional Facility; D. GARDNIR, #412
Nurse at Coxsackie Correctional Facility; BYRON, #252
Nurse at Washington Correctional Facility; C.O. PAVLIN,
Coxsackie Correctional Facility; SERGEANT VACCARRO,
Coxsackie Correctional Facility; K. BUMP, Lieutenant at
Coxsackie Correctional Facility; C.O. GLIDDEN, Coxsackie
Correctional Facility; McDERMOTT, Lieutenant at Coxsackie
Correctional Facility; SERGEANT MEIGS, Coxsackie
Correctional Facility; RAY MEDINA, Deputy of Programs at
Coxsackie Correctional Facility; C.O. CHAKONAS, Coxsackie
Correctional Facility; C.O. KELLER, Coxsackie Correctional
Facility; C.O. MURDZA, Coxsackie Correctional Facility;
C.O. DIETZMAN, Coxsackie Correctional Facility; C.O.
STALEY, Coxsackie Correctional Facility; C.O. DANNA
HOWELL, Coxsackie Correctional Facility; C.O. MATRESE,
Coxsackie Correctional Facility; C.O. VOGT, Coxsackie
Correctional Facility; KOVASSNAY, Psychiatrist at Coxsackie
Correctional Facility; G. FILION, Superintendent at Coxsackie
Correctional Facility; JOAN SMITH, Deputy of Health at
Coxsackie Correctional Facility; BALDWIN, Nurse Administrator
at Coxsackie Correctional Facility; H.D. GRAHAM, Deputy for
Security at Coxsackie Correctional Facility; GUNDERMAN,
Lieutenant at Coxsackie Correctional Facility; and PAULETTE,
Counselor at Greene Correctional Facility,**

                                                                  **Defendants.**
--------------------------------------------------------------------------------

APPEARANCES:                                OF COUNSEL:

**FOR THE PLAINTIFF:**

GARY RENELIQUE
Plaintiff Pro Se
1885 7TH Avenue
Apartment 6A
New York, New York 10026

**FOR THE DEFENDANTS:**

HON. ANDREW M. CUOMO            JANICE A. DEAN, ESQ.
Attorney General for the        NANCY G. GROENWEGEN, ESQ.
    State of New York           Assistant Attorneys General
The Capitol
Albany, New York 12224


GARY L. SHARPE,
U.S. DISTRICT JUDGE


## ORDER

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed March 15, 2007. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

    ORDERED, that the Report-Recommendation of Magistrate Judge

David R. Homer filed March 15, 2007 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that Defendants' motion for summary judgment (Docket No. 57) is **GRANTED** as to all moving defendants and all claims, and it is further

ORDERED, that Defendants Flemming and Paulette are DISMISSED from the action without prejudice; and it is further

ORDERED, that this action is terminated in its entirety; and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of Defendants and close this case.

IT IS SO ORDERED

Dated:   April 6, 2007
         Albany, New York

Gary L. Sharpe
U.S. District Judge

3